OPINION — AG — ** MENTAL HEALTH — FUNDS — EXPENDITURE ** A PRISONER TRANSFERRED TO A STATE MENTAL HEALTH FACILITY PURSUANT TO THE PROVISIONS OF 43A O.S. 61 [43A-61], IS ENTITLED TO MENTAL HEALTH CARE AND THE COSTS OF PROVIDING SUCH CARE AND TREATMENT MUST BE EXPENDED THROUGH FUNDS APPROPRIATED BY THE OKLAHOMA LEGISLATURE TO THE DEPARTMENT OF MENTAL HEALTH. (PRISONS, REFORMATORIES, MENTAL HEALTH, TREATMENT, HOSPITAL) CITE: 43A O.S. 61 [43A-61] (WILLIAM W. GORDEN JR)